UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-mj-1098-KCD

CRAIG AUSTIN LANG

| **Judge:** | Kyle C. Dudek | **Counsel for Government** | Michael Leeman Jesus Casas |
|---|---|---|---|
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Bjorn Brunvand |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Nicholas Rice |
| **Date/Time** | June 3, 2024 1:26 PM | **Interpreter** | |
| **Bench Time** | 24 minutes | | |

**CLERK'S MINUTES – INITIAL APPEARANCE**

Defendant arrested on an Indictment from the District of Arizona (Phoenix Division).

Defendant advised of rights, charges, penalties, etc...

Defendant requests court-appointed counsel. The Court appoints CJA Counsel Bjorn Brunvand. **ORDER TO ENTER.**

Court advises defendant of Rule 20 rights. Court advised the parties of the requirements of the Due Process Protections Act.

Defendant waives his rights to both an identity hearing and production of the warrant.

Government orally moves for detention and Defendant does not dispute the same.

Court remands defendant back to the custody of the U.S. Marshal to be transported to the District of Arizona.

**COMMITMENT TO ANOTHER DISTRICT TO ENTER.**

**ORDER OF REMOVAL RULE 5/32.1 TO ENTER**